# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WALTER W. BLANCK,
    Plaintiff,

v.                                                            Case No. 07-C-0276

FEDERAL BUREAU OF INVESTIGATION,
BUD HALL, GERRY MAGNUSON and AL NESS,
    Defendants,

## DECISION AND ORDER

    Plaintiff, Walter W. Blanck, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. In an order dated December 20, 2007, I granted plaintiff's motion to proceed in forma pauperis and screened his complaint. I determined that plaintiff could proceed on a claim predicated on FOIA. On February 20, 2008, plaintiff filed a motion for depositions and a public trial. When plaintiff filed this motion, defendants had not yet been served. Since then, they have timely filed their answer to plaintiff's complaint and have filed a motion for summary judgment that has not yet been resolved. There are a number of other motions also pending before me. Thus, at this stage in the litigation, plaintiff's motion is premature and I will deny it without prejudice.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for depositions and public trial (Docket #92) is **DENIED WITHOUT PREJUDICE**.

    Dated at Milwaukee, Wisconsin, this 27 day of August, 2008.

                                                        /s_____
                                                        LYNN ADELMAN
                                                        District Judge